# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JONATHAN VALENTIN, | : | |
| *Plaintiff*, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-1036 |
| | : | |
| TJX COMPANIES, INC., | : | |
| *Defendant*. | : | |

# ORDER

AND NOW, this 8th day of April, 2020, upon consideration of *pro se* Plaintiff Jonathan Valentin's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1), Complaint (ECF No. 3), Motion to Appoint Counsel (ECF No. 2), and "Motion for Order" (ECF No. 4), it is **ORDERED** that:

1. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) is **DENIED**.

2. If Plaintiff seeks to proceed *in forma pauperis*, he shall, within thirty (30) days of the date of this Order, file a new, **signed** motion to proceed *in forma pauperis*. Alternatively, Plaintiff can proceed by submitting $400 (the $350 filing fee and $50 administrative fee), to the Clerk of Court within thirty (30) days of the date of this Order.

3. The Clerk of Court shall furnish Plaintiff with a blank copy of this Court's current standard non-prisoner *in forma pauperis* form bearing the above civil action number. Plaintiff may use this form to seek leave to proceed *in forma pauperis* if he cannot afford to pay the fees to commence this case.

4. The Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons set forth in the Court's accompanying Memorandum.

5. Plaintiff is granted leave to file an amended complaint within thirty (30) days of the date of this Order, in the event he can cure the defects noted in the Court's Memorandum. Any amended complaint shall be a complete document, and shall describe in detail the bases for Plaintiff's claims against Defendant in simple, precise, and direct allegations set forth in numbered paragraphs. Any amended complaint must include all of the claims that Plaintiff seeks to pursue without relying on, or referring to, his initial Complaint or other filings in this case. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so ordered by the Court.

6. The Clerk of Court is **DIRECTED** to provide Plaintiff a blank copy of this Court's current form complaint for a plaintiff filing an employment discrimination lawsuit bearing the civil action number for this case. Plaintiff may use this form to file his amended complaint.

7. Plaintiff's Motion for Appointment of Counsel (ECF No. 2) is **DENIED WITHOUT PREJUDICE** at this time.

8. Plaintiff's "Motion for Order" (ECF No. 4) is **DENIED WITHOUT PREJUDICE** at this time.

9. If Plaintiff fails to file an amended complaint his case may be dismissed without further notice for failure to prosecute.

BY THE COURT:

/s/ C. Darnell Jones, II
C. Darnell Jones, II    J.